UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CURTIS BROWN,

    Plaintiff,

v.                                                     CASE NO. 5:18cv131-MCR/MJF

JULIE L. JONES,

    Defendant.

                                                              /

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 19, 2018. ECF No. 12. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 9, is GRANTED.

3. Petitioner's amended § 2254 petition, ECF No. 4, is DISMISSED WITHOUT PREJUDICE for Petitioner's failure to exhaust state court remedies.

4. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 14th day of December 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**